

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| Almas Bayazitov | **Civil Action No.** 26-cv-01642-BJC-BLM |
| **Plaintiff,** | |
| **V.** | |
| see attached | **JUDGMENT IN A CIVIL CASE** |
| **Defendant.** | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court grants the petition for a writ of habeas corpus. Respondents shall immediately release Petitioner subject to the conditions of his preexisting parole.

**Date:**        4/23/26

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/  S. Tweedle

S. Tweedle, Deputy

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

(ATTACHMENT)

**Civil Action No.** 26-cv-1642-BJC-BLM

Christopher J. Larose, Senior Warden Otay Mesa; Joseph Freden, Acting Field Office Director; Todd Lyons, Acting Director U.S. Immigration and Customs Enforcement; Secretary of Homeland Security; Pamela Bondi, Attorney General Of the United States

Respondents,